JONATHAN GOLDSMITH, ESQ. (11805) *in assoc. with*
320 East Charleston Blvd. Ste. 203
Las Vegas, Nevada 89104
ANDREA N. ALEXANDER ESQ. (7577)
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
PH:     (866) 507-4779 ext. 232
FX:     (866) 861-1390
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| KIM BULLOCK, | Case No.: 2:10-cv-00060-GMN-LRL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FIRST NATIONAL COLLECTION BUREAU, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kim Bullock, and Defendant FIRST NATIONAL COLLECTION BUREAU, INC., by and through their respective counsels of record:

1. That the above-entitled action shall be dismissed with prejudice.

Dated: 9/13/10             KROHN & MOSS, LTD

/s/ Jonathan Goldsmith
JONATHAN GOLDSMITH, Esq.
Attorney for Plaintiff,
KIM BULLOCK

1

Stipulation of Dismissal and [Proposed] Order

1  Dated: 9/13/10              LEWIS BRISBOIS BISGAARD & SMITH LLP

2                               /s/ Darrell D. Dennis
                                Darrell D. Dennis, Esq.
3                               Steven Abbott, Esq.
                                Attorneys for Defendant,
4                               FIRST NATIONAL COLLECTION BUREAU, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order

JONATHAN GOLDSMITH, ESQ. (11805) *in assoc. with*
320 East Charleston Blvd. Ste. 203
Las Vegas, Nevada 89104
ANDREA N. ALEXANDER ESQ. (7577)
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
PH:   (866) 507-4779 ext. 232
FX:   (866) 861-1390
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM BULLOCK, | Case No.: 2:10-cv-00060-GMN-LRL |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| FIRST NATIONAL COLLECTION BUREAU, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

1